Joseph Y. Avrahamy, Esq., SBN: 150885
LAW OFFICES OF JOSEPH Y. AVRAHAMY
16530 Ventura Boulevard, Suite 208
Encino, California 91436
Ph: (818) 990-1757
Fax: (818) 990-1955
Email: avrahamylaw@sbcglobal.net

FILED
CLERK, U.S. DISTRICT COURT
APR 19 2011
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Attorneys for Plaintiff
S.C., A MINOR BY AND THROUGH HER GUARDIAN AD LITEM, AVIGAEIL COHEN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CENTRAL DIVISION

| | |
|---|---|
| S.C., A MINOR BY AND THROUGH HER GUARDIAN AD LITEM, AVIGAEIL COHEN<br><br>Plaintiff<br>vs.<br><br>EL AL ISRAEL AIRLINES, LTD., A FOREIGN CORPORATION, AND DOES 1 THROUGH 10;<br><br>Defendants | CASE NO.: 2:09-cv-09344 SVW-CW<br><br>Assigned to Honorable Stephen V. Wilson<br><br>[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL |

IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 41(a), that the above captioned action be and hereby is dismissed, in its entirety, **with prejudice**, each party to bear its own respective costs and attorneys' fees.

DATED: 4/18/11          By: _____
                                    UNITED STATES DISTRICT JUDGE

-1-